No. 83–970. PIANKO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 83–974. DOUGLAS v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied. ██ 

No. 83–987. BALL ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 83–999. GAUDIO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 83–1001. ROBINSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 83–1029. TAKAHASHI v. GOVERNING BOARD OF THE LIVINGSTON UNION SCHOOL DISTRICT ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied. 

No. 83–5324. GREENE v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. 

No. 83–5377. WILKINS v. LYLES, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 83–5388. MARENO v. RE, CHIEF JUDGE, UNITED STATES COURT OF INTERNATIONAL TRADE. C. A. 2d Cir. Certiorari denied. 

No. 83–5403. PUSSAY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83–5472. TRIGNANI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 83–5475. BLYTHER v. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 83–5501. DILLON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 83–5525. WAGES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.